IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

        Petitioner,                        No. CIV S-06-2324 DFL DAD P

    vs.

EVANS, Warden, et al.,

        Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition.

        On February 22, 2007, petitioner filed a document styled, "Motion to Compel Discovery and Motion to Decide at once or Motion For Immediate Relief." Petitioner contends that his habeas petition contains "numerous prima facie claims of relief" which the California Supreme Court had remanded to the California Court of Appeal and which petitioner contends are supported by California Penal Codes, case law and the Federal Rules of Criminal Procedure. Petitioner requests that the court grant him immediate relief and an order to show cause.

1  Petitioner's motion will be denied. To the extent that petitioner requests that the court grant his
2  habeas petition, the request is premature since respondents have not filed their response to the
3  petition.
4       On February 23, 2007, petitioner filed a document styled, "Motions to Compel
5  scope of Discovery, Summary Judgment, and immediate relief and also additional supporting
6  facts & exhibits." Petitioner argues that his writ of mandamus to the California Supreme Court
7  was granted and that his federal petition should be "granted at once due to the prima facie nature
8  of my granted Petition . . . ." A copy of the order by the California Supreme Court is attached
9  and that order provides:

10     The above entitled matter is transferred to the Court of Appeal, Third Appellate District for consideration in light of <u>Hagan v.</u>
11     <u>Superior Court</u> (1961) 57 Cal. 2d 767. In the event the Court of Appeal determines that this petition is substantially identical to a
12     prior petition, the repetitious petition must be denied.

13  (Pet.'s Mot., filed 2/23/07, at 2.) Petitioner's motion will be denied. Petitioner is mistaken about
14  the disposition of his case by the California Supreme Court. No determination was made on the
15  merits of his claims. Moreover, any determination by this court regarding the merits of
16  petitioner's claims would be premature.
17       In accordance with the above, IT IS HEREBY ORDERED that:
18       1. Respondents are directed to file a response to petitioner's amended habeas
19  petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254
20  Cases. An answer shall be accompanied by all transcripts and other documents relevant to the
21  issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;
22       2. If the response to the amended habeas petition is an answer, petitioner's reply,
23  if any, shall be filed and served within thirty days after service of the answer;
24       3. If the response to the amended habeas petition is a motion, petitioner's
25  opposition or statement of non-opposition to the motion shall be filed and served within thirty
26  /////

days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

    4. Petitioner's February 22, 2007 motion to compel discovery and motion for immediate relief is denied;

    5. Petitioner's February 23, 2007 motions to compel discovery, summary judgment and immediate relief is denied; and

    6. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 9, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
yona2324.100