IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON DAVID YONAI,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**EVANS, Warden, et al.,**<br><br>　　　　　　　　　　Respondent. | CIV S-06-2324 DFL DAD P<br><br>**ORDER** |

　　　　Respondents have requested leave to file a motion to dismiss. GOOD CAUSE APPEARING, Respondents are granted leave to file a motion to dismiss and the motion to dismiss is deemed filed. Petitioner shall file his opposition or statement of non-opposition to the motion within thirty days from the service of this order. Respondents may file their reply within fifteen days thereafter.

DATED: April 13, 2007.

　　　　　　　　　　　　　　　　　　　　_/s/ Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
DAD:4　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
yoni2324.111mtd