IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

    Petitioner,               No. CIV S-06-2324 DFL DAD P

    vs.

EVANS, Warden, et al.,

    Respondents.          ORDER

                              /

        Petitioner has requested an extension of time to file and serve an opposition to respondent's April 12, 2007 motion to dismiss pursuant to the court's order of April 13, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 8, 2007 motion for an extension of time is granted; and

        2. Petitioner shall file and serve an opposition to respondent's April 12, 2007 motion to dismiss on or before June 11, 2007.

DATED: May 10, 2007.

                                              /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:mp
yona2324.111