IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

      Petitioner,                  No. CIV S-06-2324 JAM DAD P

   vs.

EVANS, Warden ,et al.,

      Respondents.          ORDER

_____/

      Petitioner has filed a motion to withdraw his petition for writ of habeas corpus. In that request, which the court construes as a motion for voluntary dismissal, petitioner concedes that the claims presented in his habeas petition are time-barred as this court concluded in recommending dismissal in findings and recommendations filed January 29, 2008. Accordingly, petitioner has asked that his petition be withdrawn and that this case be closed. Petitioner's request will be honored.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's September 29, 2008 motion for voluntary dismissal (Doc. No. 43) of his petition is granted; and

/////

/////

      2. This action is dismissed with prejudice and the Clerk of the Court shall close the case.

DATED: September 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:
yona2324.dsm